RÒSCOE B. BROWN, *Appellee,* v. CHARLES L. REA *et ux.,*
*Appellants.*

No. 16,645.

Appeal from Stanton district court.    Opinion filed
July 9, 1910.   Reversed.

*George Getty,* for the appellants.

*W. H. Brown,* for the appellee.

*Per Curiam:* Under the decision in *Van Hall v. Goertz,* 82
Kan. 142, the appellant's tax deeds are unassailable.   Therefore
the judgment of the district court is reversed, and the cause
is remanded.

---

A. RUSSELL *et al., Appellees,* v. EDWARD ROONEY *et ux.,*
*Appellants.*

No. 16,657.

Appeal from Ford district court.   Opinion filed July
9, 1910.   Affirmed.

*E. H. Madison,* and *L. A. Madison,* for the appellants.

*Thomas A. Scates,* and *Albert Watkins,* for the ap-
pellees.

*Per Curiam:* The appellees have made no claim to the whole
estate.   They have all the time acknowledged themselves to be
cotenants with Rhodes.   The case of *Horner v. Ellis,* 75 Kan.
675, was well decided, and is controlling here.

There is nothing in the facts to impeach the good faith of
the consideration of the appellees' quitclaim deeds.   They were
for fractional interests.   Those interests were subject in any
event to a large tax lien, and perhaps they had been extinguished
by the tax proceeding.   The appellees were not obliged under
the circumstances to interrogate their grantors respecting the
existence of a will, which, if there were one, should have been
recorded years before.   (*Eger v. Brown,* 77 Kan. 510.)

The judgment of the district court is affirmed.